**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   RAYMOND C. PRICE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-15-459-L |
| 1.   TILLEY PRESSURE TEST INC., | ) ) ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL</u>**

**COME NOW** the parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon.  Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS <u>9th</u> DAY OF MAY, 2016.**

| | |
|---|---|
| s/Leah M. Roper | s/Kristin Simpsen |
| Mark Hammons, OBA No. 3748 | *(Signed by filing party with permission)* |
| Amber L. Hurst OBA No. 21231 | Nathan L. Whatley, OBA #14601 |
| Leah M. Roper, OBA No. 32107 | Kristin Simpsen, OBA #22302 |
| 325 Dean A. McGee Ave. | McAfee & Taft A Professional Corporation |
| Oklahoma City, Oklahoma 73102 | Tenth Floor, Two Leadership Square |
| Telephone: (405) 235-6100 | 211 North Robinson Ave. |
| Facsimile: (405) 235-6111 | Oklahoma City, OK 73102 |
| Email: leah@hammonslaw.com | Telephone: 405-235-9621 |
| *Counsel for Plaintiff* | Facsimile:  405-235-0439 |
| | nathan.whatley@mcafeetaft.com |
| | kristin.simpsen@mcafeetaft.com |
| | *Counsel for Defendant* |